ORIGINAL

**FILED**

02/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0695

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0695

THOMAS A. LOZEAU III,

Petitioner,

v.

DON BELL, LAKE COUNTY SHERIFF,

Respondent.

**FILED**

FEB 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Thomas A. Lozeau III has filed a response to this Court's December 27, 2022 Order denying and dismissing his petition for habeas corpus relief. We deem his response a petition for rehearing, pursuant to M. R. App. P. 20.

Upon review, we conclude that Lozeau has not presented any criteria for rehearing of this matter. M. R. App. P. 20(1). Therefore,

IT IS ORDERED that Lozeau's Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to all parties.

DATED this _14th_ day of Febraury, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices